IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 2 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JEFFERY T. LAWSON, | ) |
|     Plaintiff, | )   Civil Action No. 7:12-cv-00629 |
| | ) |
| v. | )   **DISMISSAL ORDER** |
| | ) |
| JUDGE DOTSON, <u>et al.</u>, | )   By:   James C. Turk |
|     Defendant(s). | )          Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of January, 2013.

/s/ James C. Turk
Senior United States District Judge