CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 2 2 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFERY T. LAWSON, | ) |
| Plaintiff, | ) Civil Action No. 7:12-cv-00629 |
| | ) |
| v. | ) **DISMISSAL ORDER** |
| | ) |
| JUDGE DOTSON, <u>et al.</u>, | ) By: James C. Turk |
| Defendant(s). | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of January, 2013.

/s/ James C. Turk
Senior United States District Judge